MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

LOWELL C. POWELL (CABN 235446)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7368
    Facsimile: (415) 436-7234
    Email: lowell.powell2@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | NO. CR 11-0020 JSW |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161** |
| RAMON GOMEZ GONZALEZ, | ) | |
| Defendant. | ) | |

    On February 17, 2011, the parties in this case appeared before the Court. At that time, the Court set the matter to March 17, 2011. The parties have agreed to exclude the period of time between February 17, 2011 and March 17, 2011, from any time limits applicable under 18 U.S.C. § 3161. The parties have represented that granting the exclusion would allow the reasonable time necessary for effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

///

///

1  At the hearing, the Court made findings consistent with this agreement.
2  **SO STIPULATED**:

3
                                            MELINDA HAAG
4                                           United States Attorney

5

6  DATED: February 24, 2011              _____/s/_____
                                            LOWELL C. POWELL
7                                           Special Assistant United States Attorney

8

9  DATED: February 24, 2011              _____/s/_____
                                            LOREN STEWART
10                                          Attorney for RAMON GOMEZ GONZALEZ

[PROPOSED] ORDER

For the reasons stated above and at the February 17, 2011 hearing, the Court finds that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from February 17, 2011 through March 17, 2011 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A). The failure to grant the requested exclusion of time would unreasonably deny counsel for the defendant and for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv).

**IT IS SO ORDERED**.

DATED: February 25, 2011

THE HONORABLE JEFFREY S. WHITE
United States Magistrate Judge
United States District Judge